UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO RAMOS VILLANUEVA,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-2797-CAB-VET<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Luis Antonio Ramos Villanueva, an immigration detainee proceeding pro se, has filed a second petition for a writ of habeas corpus.  [Doc. No. 1 ("Petition").] Petitioner applied for entry to the United States at the San Ysidro Port of entry on January 9, 2025.  He was determined to be an inadmissible arriving alien and was placed into removal proceedings.  On August 1, 2025, an immigration judge ("IJ") ordered Petitioner removed to Mexico; Petitioner appealed that decision to the Board of Immigration Appeals ("BIA").

Petitioner then filed his first habeas petition.  [Case No. 3:25-cv-3679-CAB-SBC.] As a result, he received a bond hearing in February 2026 where the IJ denied bond.

Petitioner has now filed the instant, second Petition after he was notified on May 1, 2026 that the BIA had affirmed the IJ's order of removal.  [Doc. No. 7 at 2.]  Petitioner has appealed the BIA's decision to the Ninth Circuit.  [*Id.*]

For the same reason the Court has previously explained with respect to the first petition, the Court **DISMISSES** this second Petition because Petitioner has not exhausted his administrative remedies *with respect to the IJ's adverse bond determination.  See Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011) (pursuing habeas relief before exhausting administrative remedies at BIA is an improper shortcut).  Only once Petitioner has exhausted his administrative remedies by appealing to *and* receiving a decision from the BIA regarding the IJ's adverse bond determination may he seek relief from that bond determination via a habeas petition to this Court.  *Id.*

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  June 23, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge